FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Keiron Kenneth Holmes

FILED
U.S. DISTRICT COURT

2022 JUL 29 A 10:37

CLERK_____
SO. DIST. OF GA.

(Enter above full name of plaintiff or plaintiffs)

v.

Cpl. Willis  Sgt. Baxter
Cpl. Fisher  Dep. Harriman
Dep. gardner  Sgt. Windley

CV422 179

(Enter above full name of defendant or defendants)

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ___ No ✓

  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1.  Parties to this previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

  2.  Court (if federal court, name the district; if state court, name the county): _____

  3.  Docket number: _____

  4.  Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ____ No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _✓_ No ____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

    Plaintiffs: Keiron Kenneth Holmes

    Defendants: Sherriff John T. Wilcher
    Commander T. Freesemann

2. Court (name the district):
    U.S. District Court Savannah Ga.

3. Docket number: 4:19-cv-00194-WTM-CLR

4. Name of judge assigned to case: Christopher L. Ray

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
Appealed

6. Approximate date of filing lawsuit: 08-08-2019

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ✓  No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes ____  No ____

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____
_____   _____

II. Place of present confinement: Chatham County Detention

A. Is there a prisoner grievance procedure in this institution?  Yes ✓  No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes ✓  No ____

C. If your answer to B is yes:

1. What steps did you take? I put a request in too see medical, I talk to the nurse I put in mulitple grievances, I talk too two Captains I talk to the mental health counselor and I talk to other officers about the incident

2. What was the result? None

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ___ No ___

If yes, what was the result? _____
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: _____
_____
_____
_____

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Keiron Kenneth Holmes
Address: 1074 Carl Griffin dr.
Savannah, Ga 31415

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Cpl. Willis  Sgt. baxter
Position: Cpl. fisher  Dep. harriman
Place of employment: Chatham County Detention Center
Current address: 1074 Carl Griffin dr.
Savannah, Ga 31415

C. Additional defendants: Dep Gardner  Sgt. Windley

4

IV: Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 03-15-2022 two officers came to the booking area in Chatham County Detention Center with shackle. I ask the two officers before they open the flap to the cell door why do yall have shackles too put on me do to my mental health so without an Refusing I put my hand out the flap so that they could've handcuff me. After the handcuff me they open the cell told me too turn and face the wall so that my legs can be shackled and did while faceing the wall I ask were they taking me to get my finger print and they did not answer my question. I ask a few more question and they continued to ignore me and began to be agree after that took me to the ground one officer box me in the forehead while I was in handcuffs. Another officer put his knee in my back as I realize that I was losing my breathe I told all officers that I couldn't breathe and the one officer continue to push his knee in my back

5

Continue from page 5
causing me to lose my breath even more as some officers bend my legs leaving marks on my ankle.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated/monetary relief Injunction relief, punitive damage and any other relief the court allow me to seek. I want to feel safe and be protect in this facility

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of July, 2022

Prisoner No. 2022030241

(Signature of Plaintiff)

6

4:22-cv-00179-WTM-CLR   Document 1   Filed 07/29/22   Page

Keison K. Holmes
104 Carl Griffin dr.
Savannah, Ga 31415

United States (clerk)
P.O Box 8286
Savannah, Ga 31412

RECEIVED
U.S. Marshals Service
Savannah, Georgia



Chatham County Sheriff's Complex
This letter is being mailed by an inmate housed in this correctional facility. The administration has not reviewed the contents.