IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEIRON KENNETH HOLMES, )
)
    Plaintiff, )
)
v. ) CASE NO. CV422-179
)
CPL. WILLIS, et al., )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff Keiron Kenneth Holmes's request to dismiss this case. (Doc. 13.) The Court construes this request as a notice of dismissal made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because no defendant has appeared, Plaintiff's

---

[1] "Pro se pleadings are held to a less stringent standard than pleadings drafted by attorneys and are liberally construed." Cook v. Wilcher, No. CV419-203, 2021 WL 3033590, at *1 (S.D. Ga. July 19, 2021) (citing Bingham v. Thomas, 654 F.3d 1171, 1175 (11th Cir. 2001) (per curiam)).

request (Doc. 13) is **GRANTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[2]

SO ORDERED this 6th day of October 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] Plaintiff's Motion for Temporary Protective Order (Doc. 9) and the Magistrate Judge's Report and Recommendation (Doc. 12) are **DISMISSED AS MOOT**.